indemnity or contribution for the tenant's injuries.

Terra Nova has filed a motion to dismiss the appeal. The notice of appeal does not identify Terra Nova as a party, there is no reference to the order dismissing the third party petition in either the notice of appeal or the motion for new trial, Terra Nova's counsel are not listed on the notice of appeal, and neither the notice of appeal nor the motion for new trial indicate service on Terra Nova or its attorney. No appeal has been taken against Terra Nova and we have no jurisdiction over that matter.

Defendants' only contention on their appeal of plaintiff's judgment is that the weight of the evidence supports a finding of contributory fault by the plaintiff larger than the ten percent assessed by the jury. We do not weigh the evidence. It is the function of the jury to assess the comparative fault and we do not second guess that decision. *Kramer v. Chase Resorts, Inc.,* 777 S.W.2d 647 (Mo.App.1989) [1–3]. The evidence was sufficient to support the verdict. An opinion would have no precedential value.

Judgment affirmed pursuant to Rule 84.-16(b).

Motion of Terra Nova Insurance Company, to dismiss is granted.

All concur.

---

J. Bryan Allee, Columbia, for plaintiff/appellant.

William L. Webster, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for defendant/respondent.

## ORDER

PER CURIAM.

Movant appeals the denial of his Rule 29.15 motion without an evidentiary hearing. We affirm.

Movant was sentenced on April 12, 1985. He had until June 30, 1988, to file a post-conviction motion. His motion, however, was not filed until February 17, 1989. The motion court denied his motion, because it was not timely filed.

Movant's contention the time limitations imposed by Rule 24.035(b) violates his constitutional rights is meritless. This issue has been considered and rejected in *Day v. State,* 770 S.W.2d 692 (Mo.banc 1989).

The judgment of the motion court is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. An extended opinion would serve no precedential value.

The judgment is affirmed in accordance with Rule 84.16(b).

---

**Ronald O. HARPER,**
**Plaintiff/Appellant,**

v.

**STATE of Missouri,**
**Defendant/Respondent.**

**No. 56800.**

Missouri Court of Appeals,
Eastern District,
Division One.

Aug. 21, 1990.

---

**James R. GORE, Petitioner–Appellant,**

v.

**Wanda M. GORE,**
**Respondent–Respondent.**

**No. 57360.**

Missouri Court of Appeals,
Eastern District,
Division Five.

Aug. 21, 1990.